**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ADMINISTRATIVE DISTRICT COUNCIL 1 OF ILLINOIS OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, | ) ) ) ) ) | |
| | ) | Honorable Judge Seeger |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Appenteng |
| v. | ) | |
| | ) | Case No. 26-cv-00169 |
| NEXT GEN SERVICES, LTD., and ANDRZEJ PACHLA, | ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Administrative District Council 1 of Illinois of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO ("Plaintiff"), respectfully requests that this Court grant an extension of time for service of process. In support, Plaintiff states as follows:

1.  Plaintiff filed this action on January 7, 2026 – just over 90 days ago.

2.  Federal Rule of Civil Procedure Rule 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the court must either dismiss the action against that defendant without prejudice or order that service be made within a specified time. Fed. R. Civ. P. 4(m). The Court must extend the time for service "if the plaintiff shows good cause for the failure." *Id*. Even where good cause does not exist, however, "the court may, in its discretion, either dismiss the action without prejudice or direct that service be effected within a specified time." *Panaras v. Liquid Carbonic Indus. Corp.*, 94 F.3d 338, 340 (7 Cir. 1996).

3.  Plaintiff's inability to serve Defendants is not due to any lack of diligence. Plaintiff detailed its service efforts in its March 26, 2026, motion for leave to effect alternative

1

service. Dkt. No. 48, ¶¶ 8-16. Those efforts establish good cause for Plaintiff's inability to perfect service. *Id.*

4.      Accordingly, Plaintiff respectfully requests a 60-day extension to serve Defendants, whether through alternative methods, as previously requested, or through traditional methods.

WHEREFORE, Plaintiff Administrative District Council 1 of Illinois of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO, respectfully requests this Court to enter an Order granting an extension of time to serve Defendants, along with such other and further relief as the Court deems just and proper.

David P. Lichtman
Barry M. Bennet
DOWD, BLOCH, BENNETT
  CERVONE, AUERBACH & YOKICH, LLP
8 South Michigan Avenue
19th Floor
Chicago, Illinois 60603
(312) 372-1361
bbennett@laboradvocates.com
dlichtman@laboradvocates.com

Respectfully submitted,

/s/ David P. Lichtman___
One of Plaintiff's Attorneys

2